## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| BLACKBOARD INSURANCE COMPANY, | ) ) ) | Case No.: 2:21-cv-1053-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WHOLESALE DISCOUNT, LLC a/k/a WHOLESALE DISCOUNTS OF GEORGETOWN, LLC; COVENANT MISSIONARY BAPTIST CHURCH, INC. a/k/a COVENANT MISSIONARY BAPTIST CHURCH, A South Carolina Non-Profit Corporation; DIANNE BENTON FLOYD a/k/a DIANE BENTON FLOYD a/k/a DIANNE B. FLOYD; BETTY BLAKELY BENTON; JAMES EDWIN BENTON; and RONALD O.THOMPSON, SR. a/k/a RONALD THOMPSON a/k/a REV. RONALD O. THOMPSON, SR., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **BLACKBOARD INSURANCE COMPANY'S RULE 7.1, *FRCivP*, CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) ) | |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION;

*and*

THE DEFENDANTS, WHOLESALE DISCOUNT, LLC a/k/a WHOLESALE DISCOUNTS OF GEORGETOWN, LLC; COVENANT MISSIONARY BAPTIST CHURCH, INC. a/k/a COVENANT MISSIONARY BAPTIST CHURCH, A South Carolina Non-Profit Corporation; DIANNE BENTON FLOYD a/k/a DIANE BENTON FLOYD a/k/a DIANNE B. FLOYD; BETTY BLAKELY BENTON; JAMES EDWIN BENTON; and RONALD O. THOMPSON, SR. a/k/a RONALD THOMPSON a/k/a REV. RONALD O. THOMPSON, SR., NAMED ABOVE:

The Plaintiff, Blackboard Insurance Company ("Blackboard"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, hereby respectfully submits its Corporate Disclosure Statement and states as follows:

Blackboard states that it is a member of the American International Group of insurance companies. It is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in New York, New York. While Blackboard is neither publicly owned, nor a parent nor partner of a of a publicly owned company, it is a subsidiary and affiliate of American International Group a/k/a AIG an entity which is publicly traded on the NYSE. While Blackboard does not own ten percent of any publicly owned company, Blackboard is a 100 percent wholly-owned subsidiary of AIG.

Respectfully submitted:

*BUTLER SNOW LLP*

By:  **/s/Bradish J. Waring**
Bradish J. Waring, Esquire
Federal I.D. No. 4523
Stephen P. Groves, Sr., Esquire
Federal I.D. No. 2490
25 Calhoun Street, Suite 250
Charleston, South Carolina 29401
Telephone:      843.277.3700
Telecopier:     843.277.3701
E-Mail:         Brad.Waring@butlersnow.com
                Stephen.Groves@butlersnow.com

*Attorneys for the Plaintiff,
Blackboard Insurance Company*

Charleston, South Carolina
9 March 2021